CAMPANELLA v. FREEMAN. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Mike Campanella against Alfred Freeman. No opinion. Motion granted. Settle order on notice. See, also, 136 App. Div. 932, 120 N. Y. Supp. 1116.

CANTON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Maria Canton, as sole administratrix of Edward J. Canton, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

CAPORALE, Appellant, v. MEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Salvatore Caporale against Cord Meyer and others. No opinion. Judgment affirmed, with costs.

CARD, Respondent, v. GROESBECK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Lewis H. Card against Leonard H. Groesbeck. No opinion. Motion for leave to appeal to Court of Appeals granted. For former opinion, see 124 N. Y. Supp. 372.

CARPENTER v. HAWES. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Philip Carpenter against Elmer E. Hawes. No opinion. Motion granted, and question certified. Order filed.

CARY, Appellant, v. KOERNER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Thomas Cary against Hazel M. Koerner, individually and as administratrix, etc., and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. For former opinion, see 124 N. Y. Supp. 501.

CASLER, Respondent, v. CASLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Otis M. Casler against Ada B. Casler. No opinion. Judgment affirmed.

CASLER, Respondent, v. CASLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by John H. Casler against Benjamin P. Casler.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event. Held, that the finding of the referee that the three items, amounting to $65, added to the bill of particulars on the trial, were not paid, is against the weight of the evidence.

CASTROGIOVANNI, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John Castrogiovanni against the Illinois Surety Company. No opinion. Interlocutory judgment affirmed, with costs, with the right to the appellant to withdraw its demurrer and answer over, upon payment of costs.

In re CATLIN. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the mortgage, lease, or sale of the real property of Martha Lauraine Catlin, deceased, for the payment of her debts.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. See, also, 57 Misc. Rep. 269, 109 N. Y. Supp. 542.

In re CHILDS. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the judicial settlement of the account of Eversley Childs, as general guardian of Irving Winthrop Childs. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 124 N. Y. Supp. 1117.

CHILLI, Respondent, v. McMULLEN & WOODS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Americo Chilli, an infant, by guardian ad litem, against the McMullen & Woods Company. No opinion. Order affirmed, with $10 costs and disbursements.

CHISM et al. v. SMITH. (Supreme Court, Appellate Division, Third Department. September 21, 1910.) Action by John D. Chism, Jr., and another against Sheldon D. Smith.

PER CURIAM. Order amended, by striking out the provision that the judgment is reversed and a new trial granted, and inserting in place thereof: "Judgment so far as appealed from by the plaintiffs affirmed, and so far as appealed from by the defendant reversed, and a new trial granted." See, also, 138 App. Div. 715, 123 N. Y. Supp. 691.

In re CITY OF NEW YORK (BLACKWELL'S ISLAND BRIDGE.) (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the application of the City of New York relative to acquiring title, etc., to the lands, etc., required for an approach to the Blackwell's Island Bridge, etc.; Rozy Horel, petitioner. No opinion. Motion to direct the comptroller to pay award granted.

In re CITY OF NEW YORK. In re MANHATTAN TERMINAL OF THE NEW YORK AND BROOKLYN BRIDGE. In re KURSHEEDT. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the City of New York, in the matter of the Manhattan terminal of the New York and Brooklyn Bridge (see, also, 120 N. Y.

Supp. 465), and in the matter of Kursheedt (see, also, 124 N. Y. Supp. 1119). No opinion. Referee's report confirmed, and motion granted. See memorandum. Settle order on notice.

In re CITY OF NEW YORK. In re SPUYTEN DUYVIL & P. M. R. R. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the City of New York, and in the matter of the Spuyten Duyvil & Port Morris Railroad. No opinion. Motion denied, with $10 costs. Order filed.

CLARK, Respondent v. PENNSYLVANIA R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by William E. Clark against the Pennsylvania Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

CLARKSVILLE TELEPHONE CO., Respondent, v. TERRY et al., Appellants (three cases). (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by the Clarksville Telephone Company against Charles T. Terry and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 12,470, issued to Thomas P. Tierney, appellant. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

COHEN, Respondent, v. BASS, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Jacob Cohen against Joseph Bass. No opinion. Motion denied, with costs, and stay vacated. See, also, 123 N. Y. Supp. 395.

COHEN et al., Appellants, v. COHEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Benjamin Cohen and another against Isaac Cohen and others.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs. See, also, 122 N. Y. Supp. 1125.

THOMAS and CARR, JJ., are of opinion that the judgment as to the counterclaim is erroneous.

COLLINS, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Arthur Collins against the Waterbury Company. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

COLWELL, Respondent, v. E. R. ALLEN FOUNDRY CO., Appellant. (Supreme Court,

Appellate Division, Second Department. June 24, 1910.) Action by Robert Colwell, as administrator, etc., against the E. R. Allen Foundry Company. No opinion. Judgment and order affirmed, with costs. See, also, 123 App. Div. 601, 108 N. Y. Supp. 22.

COOMES, Appellant, v. BENNETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Oliver B. Coomes against Hiram C. Bennett and others. No opinion. Judgment affirmed, with costs.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of the Co-operative Law Company. No opinion. Motions granted. See, also, 136 App. Div. 918, 120 N. Y. Supp. 1120.

CORNISH, Appellant, v. SYRACUSE, L. S. & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Frank D. Cornish against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

COTRISS, Respondent, v. VILLAGE OF MEDINA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Catherine Cotriss against the Village of Medina.

PER CURIAM. Motion granted to amend order of reversal entered July 12, 1910 (124 N. Y. Supp. 507), by inserting therein a statement that such reversal is made upon questions of law only; the facts having been examined and no error found therein.

In re COUGHLIN'S WILL. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) In the matter of the probate of the last will and testament of William Coughlin, deceased.

PER CURIAM. Decree affirmed, with costs. KELLOGG and SEWELL, JJ., dissent.

CROSS, AUSTIN & IRELAND LUMBER CO., Respondent, v. ETHERINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by the Cross, Austin & Ireland Lumber Company against Walter J. Etherington. No opinion. Motion for leave to appeal to the Court, of Appeals denied, and stay vacated. See, also, 123 N. Y. Supp. 1112.

CURLEY, Respondent, v. BREWSTER et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Margaret C. Curley, as administratrix, etc., of Patrick J. Curley, deceased, against Benjamin O. Brewster and another. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 121 N. Y. Supp. 1128.